■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY STEVENS, Also Known as TONY STEVENS, Appellant. —Appeal by the defendant from a judgment of the Supreme Court, Suffolk County (D'Amaro, J.), rendered September 26, 1985, convicting him of burglary in the second degree and grand larceny in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence adduced at the trial in a light most favorable to the People *(People v Contes,* 60 NY2d 620), we find that it was legally sufficient to support the conviction.

Upon the exercise of our factual review power, we are moreover satisfied that the verdict was not against the weight of the evidence (CPL 470.15 [5]). Further, the sentence imposed by the court was appropriate. Bracken, J. P., Kooper, Harwood and Balletta, JJ., concur.